No. 939. PHILBROOK ET AL. *v.* UNITED STATES. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Eugene D. O'Sullivan* for petitioners.

No. 995. SHAPIRO *v.* STATE OF NEW YORK. May 26, 1941. Petition for writ of certiorari to the County Court, County of Kings, New York, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Copal Mintz* for petitioner. *Mr. Henry J. Walsh* for respondent.

Nos. 1006 and 1007. WARNER COMPANY *v.* LOVERICH. May 26, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Mr. Everett H. Brown, Jr.* for petitioner.

No. 983. BRUNET *v.* S. S. KRESGE Co. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE STONE and MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Messrs. Samuel A. Rinella* and *Harry G. Fins* for petitioner. *Mr. Carl E. Abrahamson* for respondent.